UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHNNIE M. JOHNSON,

    Plaintiff,

vs.                                                   Case No.  3:04-cv-1230-J-20MCR

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

    Defendant.
_____/

## REPORT AND RECOMMENDATION[1]

On March 23, 2005, Plaintiff was directed to file proof that she had timely effectuated service of process. (Doc. 3).  Plaintiff did not respond.  As a result, the Court entered a second Order (Doc. 4) on April 25, 2005, requiring Plaintiff to file proof of service of process and warning her that "[f]ailure to do so will lead to the issuance of a recommendation that this action be dismissed."  (Doc. 4).  Furthermore, Plaintiff was "directed to show cause . . . why this case should not be dismissed for failure to prosecute."  (Doc. 4).  The deadline for Plaintiff to respond was May 11, 2005.  Plaintiff again failed to respond.  Plaintiff is represented by counsel.

## RECOMMENDATION

For the foregoing reasons, it is recommended this action be dismissed for failure to prosecute pursuant to Rule 3.10, Local Rules, United States District Court, Middle District

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636, and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within ten (10) days after service of this document.  Failure to file timely objections shall bar the party from a *de novo* determination by a district judge and from attacking factual findings on appeal.

of Florida, and failure to effectuate service of process in accordance with Rule 4(m), Federal Rules of Civil Procedure.

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of May, 2005.

*Monte C. Richardson*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record