UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHNNIE M. JOHNSON
    Plaintiff

v.                                                   Case No.: 3:04-cv-1230-J-20MCR

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,
    Defendant.
_____/

## ORDER

On May 25, 2005, the United States Magistrate Judge issued a Report and Recommendation (Doc. No. 6) recommending that this action be dismissed for failure to prosecute pursuant to Rule 3.10 of the Local Rules for the Middle District of Florida. Plaintiff, who is represented by counsel, has not filed an objection to the findings and recommendation of the Magistrate Judge.

Upon consideration of the Report and Recommendation, and upon conducting an independent de novo review of the entire record in this matter, the Court adopts and confirms the Magistrate Judge's findings.

Accordingly, it is **ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (Doc. No. 6) is **ADOPTED**, and it is specifically incorporated into this Order. This case is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall close the file and enter Judgment in favor of Defendant and against Plaintiff.

**DONE AND ENTERED** at Jacksonville, Florida, this 13 day of June, 2005.

                                                  HARVEY E. SCHLESINGER
                                                  United States District Judge

Copies to:
Antonio E. Gonzalez, Esq.